IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR445 |
| vs. | |
| JOSE GARCIA-MARTINEZ, | DETENTION ORDER PENDING TRIAL |
| Defendant. | |

A. **Order For Detention**

After the defendant waived a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. **Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:
- __X__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
- __X__ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**

The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:

- __X__ (1) Nature and circumstances of the offense charged:
   - __X__ (a) The crime: Reentry of a Removed Alien After Aggravated Felony Conviction is a serious crime and carries a maximum penalty of 20 years imprisonment.
   - ____ (b) The offense is a crime of violence.
   - ____ (c) The offense involves a narcotic drug.
   - ____ (d) The offense involves a large amount of controlled substances, to wit: ____

- ____ (2) The weight of the evidence against the defendant is high.
- __X__ (3) The history and characteristics of the defendant including:
   - (a) General Factors:
      - ____ The defendant appears to have a mental condition which may affect whether the defendant will appear.
      - ____ The defendant has no family ties in the area.
      - ____ The defendant has no steady employment.
      - ____ The defendant has no substantial financial resources.
      - ____ The defendant is not a long time resident of the community.
      - ____ The defendant does not have any significant community ties.
      - ____ Past conduct of the defendant:
      - ____ The defendant has a history relating to drug abuse.

|     |     | ____ | The defendant has a history relating to alcohol abuse. |
|---|---|---|---|
|     |     | _X_ | The defendant has a significant prior criminal record. |
|     |     | _X_ | The defendant has a prior record of failure to appear at court proceedings. |
|     | (b) | At the time of the current arrest, the defendant was on: | |
|     |     | ____ | Probation |
|     |     | ____ | Parole |
|     |     | ____ | Supervised Release |
|     |     | ____ | Release pending trial, sentence, appeal or completion of sentence. |
|     | (c) | Other Factors: | |
|     |     | _X_ | The defendant is an illegal alien and is subject to deportation. |
|     |     | ____ | The defendant is a legal alien and will be subject to deportation if convicted. |
|     |     | _X_ | The Bureau of Immigration and Customs Enforcement (BICE) has placed a detainer with the U.S. Marshal. |
|     |     | ____ | Other: |
| _X_ | (4) | The nature and seriousness of the danger posed by the defendant's release are as follows: Prior deportations in 2001, 2005 and 2010. | |

D. **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
2. The defendant be afforded reasonable opportunity for private consultation with counsel; and
3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 16th day of December, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge